# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROBERT PRESTON CLAYTON**                                                            **PETITIONER**

v.                              **NO. 5:14CV00189 JLH-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                 **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Robert Preston Clayton's 28 U.S.C. § 2254 petition for writ of habeas corpus is DENIED and DISMISSED, with prejudice.

IT IS SO ORDERED this 8th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE